# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CMAC, INC., ) | |
| ) | 8:11CV337 |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| CITY OF OMAHA, ) | |
| A Nebraska Political Subdivision, ) | |
| ) | |
| Defendant. ) | |

This matter is before the court *sua sponte*. On October 18, 2011, the court informed the parties by letter of their obligation to meet and confer pursuant to Fed. R. Civ. P. 26(f) and to file a written report of their meeting. **See** Filing No. 9. The parties' deadline for filing the report was November 16, 2011. However, no planning report has been filed to date. Accordingly,

**IT IS ORDERED:**

The parties shall report to the court in accordance with Fed. R. Civ. P. 26(f) **on or before the close of business on December 20, 2011, or** show cause why sanctions should not be imposed upon them in accordance with Fed. R. Civ. P. 16(f).

DATED this 5th day of December, 2011.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge