# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CMAC, INC.,<br><br>              Plaintiff,<br><br>vs.<br><br>CITY OF OMAHA,<br><br>              Defendant. | 8:11CV337<br><br>ORDER OF REFERENCE |

This matter is before the court on the parties' Consent to Trial by Magistrate (Filing No. 42). Upon consent, this matter is referred to United States Magistrate Judge Thomas D. Thalken for all further proceedings and the entry of judgment in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73.

**IT IS SO ORDERED**.

Dated this 28th day of February, 2014.

                                          BY THE COURT:

                                          s/ Joseph F. Bataillon
                                          United States District Judge